# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. FISH AND WILDLIFE SERVICE; DAN ASHE, Director, U.S. Fish and Wildlife Service; ENVIRONMENTAL PROTECTION AGENCY; and LISA JACKSON, Administrator, U.S. EPA,<br><br>  Defendants. | Case No. 11-cv-5108 NC<br><br>~~(Proposed)~~ **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br><br>Re: Dkt. No. 5-2 |

Collette L. Adkins Giese, an active member in good standing of the bar of Minnesota whose business address and telephone number is:

Center for Biological Diversity

P.O. Box 339

Circle Pines, MN 55014-0339

Tel.: (651) 955-3821

applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Center for Biological Diversity.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and condition of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel

Case No. 11-5108 NC
Order re: Application

1  designated in the application will constitute notice to the party.  All future filings in this
2  action are subject to the requirements contained in General Order No. 45, Electronic
3  Case Filing.

11  DATED: October 26, 2011

                                          NATHANAEL M. COUSINS
                                          United States Magistrate Judge