IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**; | ) | Case No. CV-11-5108-JSW |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] **ORDER STAYING LITIGATION** |
| v. | ) ) | |
| **U.S. FISH AND WILDLIFE SERVICE**; **DAN ASHE**, Director, U.S. Fish and Wildlife Service; **ENVIRONMENTAL PROTECTION AGENCY**; and **LISA JACKSON,** Administrator, U.S. EPA; | ) ) ) ) ) ) | **The Honorable Judge Jeffrey S. White** |
| Defendants. | ) ) | |

For the reasons stated in the parties' Joint Motion to Stay, IT IS HEREBY ORDERED THAT the motion is GRANTED. A stay shall be granted for 90 days from the date of this Order and the parties shall submit a status report to the Court 14 days prior to the end of this 90 day period.

This stay of this matter is GRANTED with the exception of CropLife's intervention motion which shall proceed, in the absence of a stipulation permitting intervention for settlement purposes, for hearing on March 30, 2012 at 9:00 a.m.

Dated: _____       _____
    January 30, 2012       U.S. District Court Judge Jeffrey S. White

[~~PROPOSED~~] ORDER TO STAY LITIGATION                    1
CV-11-5108-JSW