IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**;<br><br>    Plaintiff,<br><br>  v.<br><br>**U.S. FISH AND WILDLIFE SERVICE**; **DAN ASHE**, Director, U.S. Fish and Wildlife Service; **ENVIRONMENTAL PROTECTION AGENCY**; and **LISA JACKSON,** Administrator, U.S. EPA;<br><br>    Federal Defendants,<br><br>**CROP LIFE AMERICA**;<br><br>    Defendant-Intervenor. | Case No. CV-11-5108-JSW<br><br>AMENDED<br>[PROPOSED] ORDER |

On January 18, 2013, Plaintiff and the Federal Defendants filed a joint motion to extend the stay of the litigation (Docket No. 47). For the reasons explained in that motion, the Court finds that an extension of the stay is warranted. Accordingly, IT IS HEREBY ORDERED THAT the joint motion to extend the stay (Docket No. 47) is GRANTED. The Court extends the stay of this litigation until March 15, 2013. The Plaintiff and the Federal Defendants must submit a status report by March 1, 2013.

Dated:   February 7, 2013

_____
Judge Jeffrey S. White

[PROPOSED] ORDER                                                                                                    1
CV-11-5108- JSW