1 Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
2 351 California Street, Suite 600
San Francisco, CA 94104
3 Tel: (415) 436-9682
Fax: (415) 436-9683
4 jaugustine@biologicaldiversity.org

5 Collette L. Adkins Giese (MN Bar No. 035059X)*
Center for Biological Diversity
6 P.O. Box 339
Circle Pines, MN 55014-0339
7 Tel: (651) 955-3821
Fax: (415) 436-9683
8 cadkinsgiese@biologicaldiversity.org

9 Michael W. Graf (CA Bar No. 136172)
Law Offices
10 227 Behrens Street
El Cerrito, CA 94530
11 Tel: (510) 525-7222
Fax: (510) 525-1208
12 mwgraf@aol.com

Attorneys for Plaintiff
13
*Granted admission *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**; | Case No. CV-11-5108-JSW |
| Plaintiff, | **STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER** |
| v. | |
| **U.S. FISH AND WILDLIFE SERVICE;** **DAN ASHE**, Director, U.S. Fish and Wildlife Service; **ENVIRONMENTAL PROTECTION AGENCY**; and **LISA JACKSON,** Administrator, U.S. EPA; | The Honorable Jeffrey S. White |
| Defendants. | |
| **CROP LIFE AMERICA**; | |
| Defendant-Intervenor. | |

As indicated in the Status Report filed on April 1, 2013, Plaintiff and Federal Defendants have finalized a settlement agreement, and the parties (including Intervenor-Defendant) have negotiated a proposed briefing schedule on a motion to enter the settlement as an order of the Court. *See* Docket No. 52. Accordingly, the parties propose the following and respectfully request that the Court issue an order embodying this schedule:

- Joint Motion to Enter Settlement due by April 30, 2013. Plaintiff and Federal Defendants will each file a supporting memorandum with a limit of 10 pages.
- Defendant-Intervenor's Opposition due by May 17, 2013 with a limit of 25 pages. If Defendant-Intervenor chooses to file a Motion to Dismiss, it will also be filed by May 17, 2013 and the Memorandum in Support of the Motion to Dismiss would be consolidated with their Opposition to the Joint Motion with a total page limit of 25 pages.
- Reply in Support of the Joint Motion due by June 7, 2013. Plaintiff and Federal Defendants will each file a memorandum with a limit of 25 pages. If Defendant-Intervenor files a Motion to Dismiss, Plaintiff and Federal Defendants will instead each file a combined Reply in Support of the Joint Motion and Opposition to Motion to Dismiss, which would also be due by June 7, 2013 with a total page limit of 25 pages.
- If applicable, Defendant-Intervenor's Reply in Support of Motion to Dismiss due by June 14, 2013 with a total page limit of 15 pages.

The specific filing deadlines set forth above shall apply regardless of whether the preceding filing is made on or before of the pertinent deadline. The parties shall seek to have the Joint Motion and any Motion filed by Defendant-Intervenor heard on June 21, 2013 or such later date as is consistent with the Court's calendar.

Respectfully submitted this 5th day of April, 2013,

/s Collette L. Adkins Giese

Collette L. Adkins Giese (MN Bar No. 035059X)*
Center for Biological Diversity
P.O. Box 339
Circle Pines, MN 55014-0339

STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER 2
CV-11-5108-JSW

        MANUEL A. MARTINEZ(SBN 115075)
        Stein & Lubin LLP
        Transamerica Pyramid
        600 Montgomery Street, 14th Floor
        San Francisco, CA 94111
        Tel: 425-981-0550
        mmartinez@steinlubin.com

        Attorneys for Defendant-Intervenor CropLife America
        *Granted admission *pro hac vice*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 8, 2013

                                                  Judge Jeffrey S. White

STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER       4
CV-11-5108-JSW