STEIN & LUBIN LLP
Manuel A. Martinez (CA Bar No. 115075)
mmartinez@steinlubin.com
    The Transamerica Pyramid
    600 Montgomery Street, 14th Floor
    San Francisco, CA 94111
    Tel: (415) 981-0550
    Fax: (415) 981-4343

WILEY REIN LLP
David B. Weinberg (D.C. Bar No. 186247)*
dweinberg@wileyrein.com
    1776 K Street NW
    Washington, DC 20006
    Telephone: (202) 719-7000
    Facsimile: (202) 719-7049

Attorneys for Intervenor-Defendant CropLife America

*Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, <br><br> Plaintiff, <br><br> v. <br><br> **FISH AND WILDLIFE SERVICE, ET AL.** <br><br> Defendants, <br><br> and, <br><br> **CROPLIFE AMERICA**, <br><br> Defendant-Intervenor. | CASE NO. 11-CV-5108-JSW <br> (Related to 02-CV-1580-JSW) <br><br> **[PROPOSED] ORDER** <br><br> (The Honorable Jeffrey S. White) <br><br> [L.R. 7-11] |

Having considered the Administrative Motion to Schedule Hearing, the Court hereby

GRANTS the motion and schedules a hearing on Defendant-Intervenor CropLife America's

1 | forthcoming Opposition to Joint Motion to Enter Stipulated Settlement Agreement and Motion to
2 | Dismiss for **July 12, 2013 at 9:00 AM**.

IT IS SO ORDERED.

Dated: May 15, 2013

_____
Judge Jeffrey S. White